## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HERITAGE FOUNDATION<br>214 Massachusetts Ave. N.E.<br>Washington, D.C., 20002<br><br>MIKE HOWELL<br>211 N Union St.<br>Alexandria, VA, 22314<br><br>      *Plaintiffs,*<br>v.<br><br>U.S. DEPARTMENT OF JUSTICE<br>950 Pennsylvania Ave. N.W.<br>Washington, D.C.  20530<br><br>      *Defendant.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No.  25-cv-1638<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## COMPLAINT AND PRAYER FOR DECLARATORY
## AND INJUNCTIVE RELIEF

Plaintiffs THE HERITAGE FOUNDATION and MIKE HOWELL (collectively "Plaintiffs") for their complaint against Defendant, U.S. DEPARTMENT OF JUSTICE ("DOJ" or "Department"), allege on knowledge as to Plaintiffs, and on information and belief as to all other matters, follows:

1.  This is an action under the Freedom of Information Act ("FOIA"), 5 U.S.C § 552, to compel the production of certain records related the President's authority to personally sign, or delegate the signing of, official documents  *See* Plaintiffs' FOIA Request, FY25-183 (Mar. 13, 2025) ("Request" or "Plaintiffs' FOIA Request") (Ex. 1).   President Joseph R. Biden's Administration's widespread use of the autopen has become a national scandal of the first order as more information becomes available as to President Biden's impaired mental capacity.



**Donald J. Trump** ✓
@realDonaldTrump

The "Pardons" that Sleepy Joe Biden gave to the Unselect
Committee of Political Thugs, and many others, are hereby
declared VOID, VACANT, AND OF NO FURTHER FORCE OR EFFECT,
because of the fact that they were done by Autopen. In other
words, Joe Biden did not sign them but, more importantly, he did
not know anything about them! The necessary Pardoning
Documents were not explained to, or approved by, Biden. He knew
nothing about them, and the people that did may have committed a
crime. Therefore, those on the Unselect Committee, who destroyed
and deleted ALL evidence obtained during their two year Witch
Hunt of me, and many other innocent people, should fully
understand that they are subject to investigation at the highest
level. The fact is, they were probably responsible for the
Documents that were signed on their behalf without the knowledge
or consent of the Worst President in the History of our Country,
Crooked Joe Biden!

**22.1k** ReTruths **74k** Likes                    Mar 17, 2025, 12:35 AM

Donald J. Trump, Truth Social, Post on March 17, 2025, at 12:35 AM,

https://truthsocial.com/@realDonaldTrump/posts/114175908922736427

**Donald J. Trump** ✓
@realDonaldTrump

Whoever had control of the "AUTOPEN" is looking to be a bigger and bigger scandal by the moment. It is a major part of the real crime, THAT THE PRESIDENTIAL ELECTION OF 2020 WAS RIGGED AND STOLEN! Millions and millions of people knew that, but the Radical Left Democrats waged a campaign of inoculation and innocence like none that had ever been waged before. THIS IS WHY THE UNSELECT COMMITTEE OF POLITICAL THUGS, WHO WERE GIVEN A FULL AND COMPLETE PARDON BY THE PERSON WHO WIELDED THE NOW ILLEGALLY USED AUTOPEN, DELETED AND DESTROYED ALL EVIDENCE AND INFORMATION FROM THEIR CORRUPT AND VICIOUS WITCH HUNT AGAINST ME, AND MANY OTHER PEOPLE, WHOSE LIVES WERE COMPLETELY SHATTERED AND DESTROYED BY THIS HISTORICALLY CRIMINAL EVENT. Remember, it all began with DIRTY COP James Comey, Obama, a hapless and cognitively impaired Sleepy Joe Biden, and my now very famous ACCUSATION that,"THEY SPIED ON MY CAMPAIGN!" Whoever had control of the  Autopen is just the beginning. The biggest crime of all is that THE 2020 PRESIDENTIAL ELECTION WAS RIGGED! I (MAGA!) WON THE ELECTION BY MILLIONS OF VOTES, AND EVERYONE KNOWS IT. GOD BLESS AMERICA, FOR THE FIGHT HAS JUST BEGUN!!!

**19k** ReTruths   **67k** Likes                    May 17, 2025, 8:34 AM

Donald J. Trump, Truth Social, Post on May 17, 2025, at 8:34 AM,

https://truthsocial.com/@realDonaldTrump/posts/114523195208653918

3



James Comer (@RepJamesComer), X (May 16, 2025, 3:45 PM),

https://x.com/RepJamesComer/status/1923549470924362125

## **PARTIES**

2.    Plaintiff, The Heritage Foundation is a Washington, D.C.-based nonpartisan public

policy organization with a national and international reputation whose mission is to "formulate

and promote public policies based on the principles of free enterprise, limited government,

individual freedom, traditional American values, and a strong national defense." Heritage Foundation, About Heritage, https://www.heritage.org/about-heritage/mission (last visited May 20, 2025). Heritage is a not-for-profit section 501(c)(3) organization which engages in substantial dissemination of information to the public.

3.     Plaintiff Mike Howell leads The Oversight Project and is an investigative columnist for *The Daily Signal* and a contributor to *The Blaze*. The Oversight Project is an initiative aimed at obtaining information via FOIA requests and other means to best inform the public and Congress for the purposes of Congressional oversight. The Oversight Project works to expose and root out corruption in government, among elected officials, and in our most influential organizations to ensure power resides with the American People." The Oversight Project, https://itsyourgov.org/ (last visited May 20, 2025). The Oversight Project and Plaintiff Howell's journalistic work is published most frequently on X (formally known as Twitter) to provide information directly to the American people. *See* Oversight Project (@ItsYourGov), X (last visited May 20, 2025), https://x.com/ItsYourGov. Significant findings are also posted on the Oversight Project's website. *See* https://itsyourgov.org/ (last visited May 21, 2025). That website contains a searchable archive of records obtained by the Oversight Project in the "Doc Depot." *See* https://docdepot.itsyourgov.org/ (last visited May 21, 2025). Staff for the Oversight Project routinely appear on television, radio, print, and other forms of media to provide expert commentary on salient issues in the national debate.

4.     Defendant DOJ is a federal agency of the United States within the meaning of 5 U.S.C. § 552(f)(1) whose mission statement is to "uphold the rule of law, to keep our country safe, and to protect civil rights." About DOJ; Our Mission, found at https://www.justice.gov/about (last visited May 20, 2024).

5.     The Office of Legal Counsel ("OLC") is a component of DOJ whose mission statement is to "provide[] legal advice to the President and all executive branch agencies."  Office of Legal Counsel; About the Office, found at https://www.justice.gov/olc. (last visited May 20, 2024).

## BACKGROUND

6.     Plaintiffs have been investigating the Biden White House's use of an autopen to affix President Biden's signature on important Presidential documents. The findings of Plaintiffs' investigation are the subject of ongoing and immense media interest.  As part of its investigation, Plaintiffs submitted the Request to the Office of Legal Counsel ("OLC") on March 13, 2025. Plaintiffs seek information related to President Biden's signature being affixed to official documents, including legal memoranda or communications.

## JURISDICTION AND VENUE

7.     This Court has jurisdiction pursuant to 5 U.S.C. § 552(a)(4)(B) because this action is brought in the District of Columbia and 28 U.S.C. § 1331 because the resolution of disputes under FOIA presents a federal question.

8.     Venue is proper in this Court under 28 U.S.C. § 1391(b) because Defendant's principal place of business is in the District of Columbia.

## PLAINTIFFS' FOIA REQUEST

9.     Plaintiffs submitted the Request on March 13, 2025 to Defendant.

10.     The Request sought "any records related to President Biden's signature being affixed to official documents, including legal memoranda or communications." *See* Request at 1.

11.     The Request sought a fee waiver based on Heritage's status as a not-for-profit and the fact that a purpose of the Request was to allow Heritage to gather information on a matter of

public interest for (among other things) publication in the *The Daily Signal* and *The Blaze* which are major news outlets. *Id.*

12.    Plaintiff submitted a request for expedited processing on May 20, 2025. *See* Expedited Processing Request (May 19, 2025) (Ex. 2).

## DEFENDANT'S CONSTRUCTIVE DENIAL OF THE REQUEST

13.    Two weeks after submitting the Request, Plaintiffs followed up with the OLC FOIA Office to receive an update on the status of the Request. *See* Email Correspondence from Mike Howell to OLC FOIA Officer (Mar. 26, 2025) (Ex. 3).

14.    Defendant acknowledged receipt of the Request on March 26, 2025. *See* Letter to Mike Howell from OLC FOIA Staff (Mar. 26, 2025) ("Ack. Ltr.") (Ex. 4).

15.    Defendant assigned the request to the "complex" processing track pursuant to 28 C.F.R. § 16.5(b). Ack. Ltr. at 1.

16.    Plaintiffs have not received any other communications since March 26, 2025.

17.    Defendant has not made a determination on the Request.

18.    Defendant has not ruled on Plaintiffs' fee waiver request.

19.    Twenty working days from March 26, 2025, is April 23, 2025.

## FIRST CLAIM FOR RELIEF
### Violation of FOIA, 5 U.S.C. § 552
**Failure to Conduct Adequate Searches for Responsive Records**

20.    Plaintiffs re-allege the foregoing paragraphs as if fully set out herein.

21.    FOIA requires all doubts to be resolved in favor of disclosure.

22.    Plaintiffs properly requested records within the possession, custody, and control of Defendant.

23.     Defendant is subject to FOIA and therefore must make reasonable efforts to search for requested records.

24.     Defendant has failed to promptly review agency records for the purpose of locating and collecting those records that are responsive to Plaintiffs' FOIA Request.

25.     Defendant's failure to conduct searches for responsive records violates FOIA and DOJ regulations.

26.     Plaintiffs have a statutory right to the information they seek.

27.     Defendant is in violation of FOIA.

28.     Plaintiffs are being irreparably harmed by reason of Defendant's violation of FOIA. Plaintiffs are being denied information to which they are statutorily entitled and that is important to carrying out Plaintiffs' functions as a non-partisan research and educational institution and publisher of news.  Plaintiffs will continue to be irreparably harmed unless Defendant is compelled to comply with the law.

29.     Plaintiffs have no adequate remedy at law.

30.     Plaintiffs have constructively exhausted their administrative remedies.

**SECOND CLAIM FOR RELIEF**
**Violation of FOIA, 5 U.S.C. § 552**
**Wrongful Withholding of Non-Exempt Responsive Records**

31.     Plaintiffs re-allege the foregoing paragraphs as if fully set out herein.

32.     FOIA requires all doubts to be resolved in favor of disclosure.

33.     Plaintiffs properly requested records within the possession, custody, or control of Defendant.

34.     Defendant is subject to FOIA, and therefore, must release to a FOIA requester any non-exempt records and provide a lawful reason for withholding any records.

35.     Defendant is wrongfully withholding non-exempt records requested by Heritage by failing to produce any records responsive to Plaintiffs' FOIA Request.

36.     Defendant is wrongfully withholding non-exempt-agency records requested by Plaintiffs by failing to segregate exempt information in otherwise non-exempt records responsive to Plaintiffs' FOIA Request.

37.     Defendant's failure to provide all non-exempt responsive records violates FOIA and DOJ regulations.

38.     Plaintiffs have a statutory right to the information they seek.

39.     Defendant is in violation of FOIA.

40.     Plaintiffs are being irreparably harmed by reason of Defendant's violation of FOIA. Plaintiffs are being denied information to which they are statutorily entitled and that is important to carrying out Plaintiffs' functions as a non-partisan research and educational institution and publisher of news.  Plaintiffs will continue to be irreparably harmed unless Defendant is compelled to comply with the law.

41.     Plaintiffs have no adequate remedy at law.

42.     Plaintiffs have constructively exhausted their administrative remedies.

### THIRD CLAIM FOR RELIEF
### Violation of FOIA, 5 U.S.C. § 552
### Wrongful Denial of Fee Waiver

43.     Plaintiffs re-allege the foregoing paragraphs as if fully set out herein.

44.     FOIA requires all doubts to be resolved in favor of disclosure.

45.     Plaintiffs properly requested records within the possession, custody, or control of Defendant.

46.    Defendant has constructively denied Plaintiffs' application for a fee waiver pursuant to 5 U.S.C. § 552(a)(4)(A)(ii) & (iii) and 28 C.F.R. § 16.10(k).

47.    The Request does not have a commercial purpose because Heritage is a 501(c)(3) nonprofit, Howell acts in his capacity as President of the Oversight Project, and release of the information sought does not further Plaintiffs' commercial interest.

48.    Plaintiffs are members of the news media as they "gather[] information of potential interest to a segment of the public, use[] . . . [their] editorial skills to turn the raw materials into a distinct work, and distribute[] that work to an audience" via X, the Oversight Project's webpage, in *The Daily Signal* and *The Blaze*.  5 U.S.C. § 552(a)(4)(a)(ii).

49.    Disclosure of the information sought by the Request also "is in the public interest because it is likely to contribute significantly to public understanding of the operations or activities of the government."  5 U.S.C. § 552(a)(4)(A)(iii).

50.    Defendant has "failed to comply with a[]time limit under paragraph (6)" as to the Request.  5 U.S.C. § 552(a)(4)(A)(viii)(I).

51.    Plaintiffs have a statutory right to a fee waiver.

52.    Defendant is in violation of FOIA by denying a fee waiver.

53.    Plaintiffs are being irreparably harmed by reason of Defendant's violation of FOIA. Plaintiffs are being denied a fee waiver to which they are statutorily entitled and that is important to carrying out Plaintiffs' functions as a non-partisan research and educational institution and publisher of news.  Plaintiffs will continue to be irreparably harmed unless Defendant is compelled to comply with the law.

54.    Plaintiffs have no adequate remedy at law.

55.    Plaintiffs have constructively exhausted their administrative remedies.

### FOURTH CLAIM FOR RELIEF
### Violation of FOIA, 5 U.S.C. § 552
### Statutory Bar Against Charging Fees

56.    Plaintiffs re-allege the foregoing paragraphs as if fully set out herein.

57.    FOIA requires all doubts to be resolved in favor of disclosure.

58.    Plaintiffs properly requested records within the possession, custody, or control of Defendant.

59.    The Request does not have a commercial purpose because Heritage is a 501(c)(3) nonprofit, Howell acts in his capacity as a Heritage employee, and release of the information sought does not further Plaintiffs' commercial interest.

60.    Plaintiffs are members of the news media as they "gather[] information of potential interest to a segment of the public, use[] . . . [their] editorial skills to turn the raw materials into a distinct work, and distribute[] that work to an audience" via X, the Oversight Project's webpage, and publication in the *The Daily Signal* and *The Blaze*.  5 U.S.C. § 552(a)(4)(a)(ii).

61.    Disclosure of the information sought by the Request also "is in the public interest because it is likely to contribute significantly to public understanding of the operations or activities of the government."  5 U.S.C. § 552(a)(4)(A)(iii).

62.    Defendant has "failed to comply with a[]time limit under paragraph (6)" as to the Request.  5 U.S.C. § 552(a)(4)(A)(viii)(I).

63.    Defendant is currently statutorily barred from charging fees related to Plaintiffs' FOIA Request.  Therefore, Plaintiffs have a statutory right to have their request processed without being charged any fees.

64.     Plaintiffs are being irreparably harmed by reason of Defendant's violation of FOIA. Plaintiffs will continue to be irreparably harmed unless Defendant is compelled to comply with the law.

65.     Plaintiffs have no adequate remedy at law.  Plaintiffs have constructively exhausted their administrative remedies.

**WHEREFORE** as a result of the foregoing, Plaintiffs pray that this Court:

A.     Order Defendant to conduct a search or searches reasonably calculated to uncover all records responsive to Plaintiffs' FOIA Request;

B.     Order Defendants to produce, within twenty days of the Court's order, or by such other date as the Court deems appropriate, any and all non-exempt records responsive to Plaintiffs' FOIA Request and indexes justifying the withholding of any responsive records withheld in whole or in part under claim of exemption;

C.     Enjoin Defendants from continuing to withhold any and all non-exempt records responsive to Plaintiffs' FOIA Requests;

D.     Retain jurisdiction over this matter as appropriate;

E.     Award Plaintiffs their costs and reasonable attorneys' fees in this action as provided by 5 U.S.C. § 522(a)(4)(E); and

F.     Grant such other and further relief as this Court may deem just and proper.

Dated:  May 21, 2025                    Respectfully submitted,

                                        /s/ Samuel Everett Dewey
                                        SAMUEL EVERETT DEWEY
                                        (No. 999979)
                                        Chambers of Samuel Everett Dewey, LLC
                                        Telephone:   (703) 261-4194
                                        Email:  samueledewey@sedchambers.com

                                        DANIEL D. MAULER
                                        (No. 977757)
                                        The Heritage Foundation
                                        Telephone:  (202) 617-6975
                                        Email:  Dan.Mauler@heritage.org

                                        KYLE BROSNAN
                                        (No. 90021475)
                                        The Oversight Project
                                        Telephone:  (202) 608-6060
                                        Email:  Kyle.Brosnan@heritage.org

                                        ERIC NEAL CORNETT
                                        (No. 1660201)
                                        Law Office of Eric Neal Cornett
                                        Telephone:  (606) 275-0978
                                        Email:  neal@cornettlegal.com

                                        MAX TAYLOR MATHEU
                                        (No. 90019809)
                                        Telephone:  (727) 249-5254
                                        Email:  maxmatheu@outlook.com

                                        *Counsel for Plaintiffs*